WILLIAM I. ACOSTA, PLAINTIFF IN ERROR, VS. SERAFINO WILSON DE BARTLETT, DOING BUSINESS AS THE YBOR CITY LUMBER COMPANY, DEFENDANT IN ERROR.

Writ of Error to Circuit Court, Hillsborough county.

*P. O. Knight* and *J. B. Wall*, for Plaintiff in Error.

*N. B. K. Pettingill*, for Defendant in Error.

This action was brought by the plaintiff in error against the defendant in error. There was an order allowing non-suit, and the plaintiff takes writ of error. The writ of error is dismissed because the record shows no final judgment from which a writ of error would lie.

Decision Per Curiam.